UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Molly Keel, | ) | Civil Action No.: 4:21-cv-02275-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Conway Police Dept.; Horry County Police | ) | |
| Dept.; and Conway Health Dept., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court for review of the Report and Recommendation ("R & R")[1] of

United States Magistrate Judge Kaymani D. West, who recommends dismissing Plaintiff's

complaint for failure to state a claim and pursuant to Federal Rule of Civil Procedure 41(b) for

failure to comply with a court order.  *See* ECF No. 42.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation has

no presumptive weight, and the responsibility to make a final determination remains with this Court.

*See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976).  The Court is charged with making a de novo

determination of those portions of the R & R to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or

recommit the matter with instructions.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Plaintiff has not filed objections to the R & R, and the time for doing so has expired.[2]  In the

absence of objections to the R & R, the Court is not required to give any explanation for adopting

---

[1]    The Magistrate Judge issued the R & R in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).

[2]    Plaintiff's objections were due by January 8, 2022.  *See* ECF Nos 42 & 43.

the Magistrate Judge's recommendations.  *See Camby v. Davis*, 718 F.2d 198, 199–200 (4th Cir.

1983).  The Court reviews only for clear error in the absence of an objection.  *See Diamond v.*

*Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a

timely filed objection, a district court need not conduct de novo review, but instead must 'only

satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation'" (quoting Fed. R. Civ. P. 72 advisory committee's note)).

Having found no clear error, the Court **ADOPTS** the Magistrate Judge's R & R [ECF No.

42] and **DISMISSES** Plaintiff's complaint *with prejudice* and without issuance and service of

process.

**IT IS SO ORDERED.**

Florence, South Carolina
January 11, 2022

s/ R. Bryan Harwell
R. Bryan Harwell
Chief United States District Judge